## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No.  06-cr-00198-EWN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  JAIME ESPINOZA-FRAUSTO,

        Defendant,

_____

## FINDINGS OF FACT AND ORDER
_____

This matter comes on for consideration pursuant to the Government's Unopposed Motion to Exclude Time From Speedy Trial Computation, and the Court having considered the Motion finds as follows:

1. That due to a medical condition, the defendant has been both physically and medically unavailable pursuant to 18 U.S.C. § 3161(h)(3)(A) and 18 U.S.C. § 3161(h)(4), since May 25, 2006.

2. That it is unclear as to how long this unavailability will continue.

3. That all time elapsing since May 25, 2006 should be excluded from the speeding trial period until further order of Court.

It is therefore ordered, that all time from and including May 25, 2006 be excluded from the speedy trial period until June 8, 2006.

Dated this 7th day of July, 2006, at Denver, Colorado.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM, JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO